AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| PATRICK JOSEPH GROULX <br> *Plaintiff* | ) <br> ) |
| v. | ) Case No. 25-cv-11667-FKB-PTM |
| TAKEDA PHARMACEUTICAL COMPANY, et al. <br> *Defendant* | ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

TAKEDA PHARMACEUTICAL COMPANY LIMITED, BAXALTA US INC. and BIOLIFE PLASMA SERVICES LP

Date: 06/04/2025

/s/ Phillip G. Litchfield
*Attorney's signature*

Phillip G. Litchfield
*Printed name and bar number*
LITCHFIELD CAVO LLP
303 W. Madison, Suite 300
Chicago, Illinois 60606
(P86929)
*Address*

litchfieldp@litchfieldcavo.com
*E-mail address*

(312) 781-6584
*Telephone number*

(312) 781-6630
*FAX number*