AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| PATRICK JOSEPH GROULX | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-11667-FKB-PTM |
| TAKEDA PHARMACEUTICAL COMPANY, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

TAKEDA PHARMACEUTICAL COMPANY LIMITED, BAXALTA US INC. and BIOLIFE PLASMA SERVICES LP

Date: 06/04/2025

/s/ Zachary G. Stillman
*Attorney's signature*

Zachary G. Stillman
*Printed name and bar number*
LITCHFIELD CAVO LLP
303 W. Madison, Suite 300
Chicago, Illinois 60606
(P87670)
*Address*

stillman@litchfieldcavo.com
*E-mail address*

(312) 781-6672
*Telephone number*

(312) 781-6630
*FAX number*