UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Patrick Joseph Groulx

          Plaintiff(s),          Case No. 25-cv-11667

v.          Honorable F. Kay Behm

Takeda Pharmaceutical Company Limited et al.,    Magistrate Judge Patricia T. Morris

          Defendant(s).
_____/

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

This case appears to be a companion case to Case No. 24-cv-12000. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable Thomas L. Ludington and Magistrate Judge Patricia T. Morris.

s/F. Kay Behm
F. Kay Behm
United States District Judge

s/Thomas L. Ludington
Thomas L. Ludington
United States District Judge

Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
Case type: CIVIL

If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: June 6, 2025          s/ S Schoenherr
          Deputy Clerk

cc:    Parties and/or counsel of record
       Honorable Thomas L. Ludington