# EXHIBIT C

# EXHIBIT D



# EXHIBIT E