# EXHIBIT F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**Patrick-Joseph: Groulx**                                Case No. 2:25-cv-11667

Plaintiff/Prosecutor                             United States District Judge, Thomas L. Ludington
                                                 United States Magistrate Judge, Patricia T. Morris
v.

**Takeda Pharmaceutical Company Limited**,

**Baxalta US Inc.**,

and

**BioLife Plasma Services LP**,

DEFENDANTS
_____/

### DECLARATION OF PATRICK-JOSEPH GROULX TO AUTHENTICATE EXHIBITS A–E

I, Patrick-Joseph Groulx, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the plaintiff in the above-captioned case, proceeding pro se, and I am competent to make this declaration. My address is 2070 Houlihan Road, Saginaw, MI 48601, and my contact information is (989) 860-2550 and mr.288074@yahoo.com.

2. I personally took the photographs labeled Exhibits A, B, C, D, and E, submitted with my Amended Complaint and Exhibit List filed in this case.

3. The photographs were taken during my plasma donation sessions at BioLife Plasma Services LP, located at G3559 Miller Rd, Flint, MI 48507, on the dates and times specified below. I used my [insert device, e.g., iPhone 12] to

take each photograph, and none of the photographs have been altered, edited, or manipulated in any way.

4. Exhibit A: a. Date and Time: January 14, 2023, between approximately 9:00 a.m. and 3:00 p.m. b. Location: BioLife Plasma Services LP, G3559 Miller Rd, Flint, MI 48507. c. Description: The photograph shows a medical device display, likely an infusion pump, reading 895 mL and 893 mL, taken during my plasma donation session. The device has a blue border, and the background includes a beige surface, medical tubing, and a label with the number "21." d. Authenticity: I took this photograph to document the plasma collection volume, and it accurately depicts the device's display as it appeared during my donation.

5. Exhibit B: a. Date and Time: January 26, 2023, between approximately 9:00 a.m. and 12:00 p.m. b. Location: BioLife Plasma Services LP, G3559 Miller Rd, Flint, MI 48507. c. Description: The photograph shows the same medical device display reading 896 mL and 894 mL, taken during my plasma donation session. The device has a blue border, and the background includes a beige surface and medical tubing. d. Authenticity: I took this photograph to document the plasma collection volume, and it accurately depicts the device's display as it appeared during my donation.

6. Exhibit C: a. Date and Time: January 28, 2023, between approximately 9:00 a.m. and 12:00 p.m. b. Location: BioLife Plasma Services LP, G3559 Miller Rd, Flint, MI 48507. c. Description: The photograph shows the same medical device display reading 882 mL and 884 mL, taken during my plasma donation session. The device has a blue border, and the background includes a beige surface and medical tubing. d. Authenticity: I took this photograph to document the plasma collection volume, and it accurately depicts the device's display as it appeared during my donation.

7. Exhibit D: a. Date and Time: February 2, 2023, between approximately 9:00 a.m. and 12:00 p.m. b. Location: BioLife Plasma Services LP, G3559 Miller Rd, Flint, MI 48507. c. Description: The photograph shows the same medical device display reading 895 mL and 893 mL, taken during my plasma donation session. The device has a blue border, and the background includes a beige surface and medical tubing. d. Authenticity: I took this photograph to document the plasma collection volume, and it accurately depicts the device's display as it appeared during my donation.

8. Exhibit E: a. Date and Time: February 4, 2023, between approximately 9:00 a.m. and 12:00 p.m. b. Location: BioLife Plasma Services LP, G3559 Miller Rd, Flint, MI 48507. c. Description: The photograph shows the same medical device display reading 896 mL and 894 mL, taken during my

plasma donation session. The device has a blue border, and the background includes a beige surface and medical tubing. d. Authenticity: I took this photograph to document the plasma collection volume, and it accurately depicts the device's display as it appeared during my donation.

9. I took these photographs to document the plasma collection volumes displayed on the medical device because I suspected the volumes exceeded the federal limit of 880 mL set by 21 C.F.R. § 640.63. Each photograph accurately reflects the device's display as it appeared during my donation sessions on the specified dates.

10. I have preserved the original digital files of these photographs in their native format on my wife's cell phone and am prepared to produce them for inspection if requested by the Court or the defendants.

11. If available, I can provide metadata for the photographs, including date, time, and geolocation, to further corroborate their authenticity. I am prepared to testify under oath at a hearing or trial to confirm the authenticity of these photographs and the circumstances under which they were taken.

## Plain Statement of Facts

I declare that the statements above are true to the best of my information, knowledge, and belief.

_____  6-4-2025
Patrick-Joseph: Groulx                              Date
2070 Houlihan Road
Saginaw Michigan
989 860-2550

## JURAT

SAGINAW COUNTY            )
                                              )
MICHIGAN STATE              )

Subscribed and affirmed before me this __4th__ day for the __June__ month in the year of our Primal Creator, Two Thousand and Twenty-Five (2025), A.D.

_____
Notary

__1115 S Washington_____ Seal
Address of notary

__7-30-28_____
My notary expires

HOWARD EAGLE
Notary Public - State of Michigan
County of Saginaw
My Commission Expires Jul 30, 2028
Acting in the County of Saginaw

# EXHIBIT G

NOTICE OF INTENT AND DEMAND

Patrick-Joseph: Groulx
2070 Houlihan Road
Saginaw Michigan [48601]
mr.288074@yahoo.com
989 860-2550

July 16, 2023

Baxter International aka BioLIfe
Attn: Legal Department
1 Baxter Parkway
Deerfield, IL 60015

Legal Department for Baxter International

I am writing you this notice of intention and demand that you pay me $100,000,000.00 (One Hundred Million Dollars) within 28 days of the Notice date or I will file a suit against you in Federal Court for your subsidiary BIOLIFE taking out over 880 ml of plasma from me which is a violation of federal law which will include negligence and fraud with a punitive tort  If you do not pay me within 28 days of date of this notice I will sue you for a total of $800,000,000.00 dollars for every day your subsidiary BIOLIFE took over 880 milliliters of Plasma from me, in which you agree is a proper relief of judgement against yourself.

Demanding One Hundred Million dollars is just like asking $10.00 from someone who has $230.00

This NOTICE is dated 10 days in advance for your convenience.

In alternative you can pay me $640,000.00 that is $80k for each day; this offer ends July 30, 2023.

To pay me the amount demanded you must deposit the amount in my Huntington Bank Account using this account number: 02381978707 and a Routing Number: 072403473 with the name PATRICK GROULX and paying me this demanded amount will show a positive gesture of good faith and I will not sue you for the allegations as stated in this NOTICE.

/s/ Patrick-Joseph: Groulx                                    Date: July 6, 2023
Patrick-Joseph: Groulx

PROOF OF SERVICE

Patrick-Joseph: Groulx certifies that he mailed Baxter International, at 1 Baxter Parkway Deerfield, IL 60015 this notice using first class mail through USPS.

/s/ Patrick-Joseph: Groulx                                    Date: July 6, 2023
Patrick-Joseph: Groulx

# EXHIBIT H

NOTICE OF INTENT AND DEMAND

Patrick-Joseph: Groulx
2070 Houlihan Road
Saginaw Michigan [48601]
mr.288074@yahoo.com
989 860-2550

July 16, 2023

**BioLife**
**Attn: Legal Department**
1200 Lakeside Dr,
Deerfield, Illinois, 60015,

Legal Department for Biolife

I am writing you this notice of intention and demand that you pay $500,000.00 (Five Hundred Thousand Dollars) within 28 days of the date of this NOTICE or I will file a suit against you in Federal Court for taking out over 880 ml of plasma from me which is a violation of federal law. If you do not pay me within 28 days of date of this notice I will sue you for fraud and negligence with a punitive tort for a total of $8,000,000.00 Million dollars for every day you took over 880 milliliters of Plasma from me, in which you agree is a proper relief of judgement against yourself.

Demanding Five Hundred Thousand dollars is just like asking $0.50 from someone who has $100.00

This NOTICE is dated 10 days in advance for your convenience.

In alternative you can pay me $80,000.00 that is $10k for each day; this offer ends July 30, 2023.

To pay me the amount demanded you must deposit the amount in my Huntington Bank Account using this account number: 02381978707 and a Routing Number: 072403473 with the name PATRICK GROULX and paying me this demanded amount will show a positive gesture of good faith and I will not sue you for the allegations as stated in this NOTICE.

/s/ Patrick-Joseph: Groulx                                                                Date: July 6, 2023
Patrick-Joseph: Groulx

PROOF OF SERVICE

Patrick-Joseph: Groulx certifies that he mailed BioLIfe. at 1200 Lakeside Dr, Deerfield, Illinois, 60015 this notice on July 6, 2023 using 1st class mail through the USPS.

/s/ Patrick-Joseph: Groulx                                                                Date: July 6, 2023
Patrick-Joseph: Groulx

# EXHIBIT I

NOTICE OF INTENT AND DEMAND

Patrick-Joseph: Groulx
2070 Houlihan Road
Saginaw Michigan [48601]
mr.288074@yahoo.com
989 860-2550

July 16, 2023

Takeda Pharmaceuticals U.S.A., Inc. aka BIOLIFE
Attn: Legal Department
95 Hayden Avenue,
Lexington, MA 02421

Legal Department for Takeda Pharmaceuticals,

I am writing you this notice of intention and demand that you pay me $1,000,000,000.00 (One Billion Dollars) within 28 days of the Notice date or I will file a suit against you in Federal Court for your subsidiary BIOLIFE taking out over 880 ml of plasma from me which is a violation of federal law which will include negligence and fraud with a punitive tort  If you do not pay me within 28 days of date of this notice I will sue you for a total of 80 billion dollars for every day your subsidiary BIOLIFE took over 880 milliliters of Plasma from me, in which you agree is a proper relief of judgement against yourself.

Demanding One billion dollars is just like asking $1.00 from someone who has $300.00

This NOTICE is dated 10 days in advance for your convenience.

In alternative you can pay me $640,000.00 that is $80k for each day; this offer ends July 30, 2023.

Failure to compensate me is a negative gesture and your inactivity to compensate me gesture that you want me to sue you in federal court for $80,000,000,000.00 (Eighty Billion Dollars which you deem is the proper compensation as a judgement against yourself

To pay me the amount demanded you must deposit the amount in my Huntington Bank Account using this account number: 02381978707 and a Routing Number: 072403473 with the name PATRICK GROULX and paying me this demanded amount will show a positive gesture of good faith and I will not sue Takeda Pharmaceuticals for the allegations as stated in this NOTICE.

/s/ Patrick-Joseph: Groulx                                         Date: July 6, 2023
Patrick-Joseph: Groulx

PROOF OF SERVICE

Patrick-Joseph: Groulx certifies that he mailed Takeda Pharmaceuticals U.S.A., Inc. at 95 Hayden Avenue, Lexington, MA 02421this notice on July 6, 2023 using first class mail through the USPS.

/s/ Patrick-Joseph: Groulx                                         Date: July 6, 2023
Patrick-Joseph: Groulx