UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**Patrick-Joseph: Groulx**                                                                 Case No. 2:25-cv-11667

Plaintiff/Prosecutor                    United States District Judge, Thomas L. Ludington
                                        United States Magistrate Judge, Patricia T. Morris

v.

**Takeda Pharmaceutical Company Limited**,

**Baxalta US Inc.**,

and

**BioLife Plasma Services LP**,

DEFENDANTS
_____/

CERTIFICATE OF SERVICE

I, Patrick-Joseph: Groulx, certify that on June 9, 2025, I electronically filed my Motion by leave of the Court to Amend Complaint with an exhibit list with the Clerk of the Court through the Eastern District pro se document upload and I emailed Phillip G. Litchfield and Zachary Stillman, his copy at litchfieldp@litchfieldcavo.com and to stillman@litchfieldcavo.com.

Respectfully submitted,

/s/ Patrick-Joseph: Groulx                                                                June 9, 2025
Patrick-Joseph: Groulx
2070 Houlihan Road
Saginaw, MI 48601
989-860-2550
mr.288074@yahoo.com