UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PATRICK JOSEPH GROULX,

        Plaintiff(s),     Case Number: 25-cv-11667
v.     Hon. Thomas L. Ludington
        Magistrate Judge Patricia T. Morris

TAKEDA PHARMACEUTICAL
COMPANY LIMITED, et al.,

        Defendant(s).
_____/

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE FOR GENERAL CASE MANAGEMENT

The Court has reviewed the file in this matter and finds that the just and inexpensive determination of this action, *see* Fed. R. Civ. P. 1, would best be served by referring the matter to the Magistrate Judge for general case management in accordance with the authority conferred in 28 U.S.C. § 636(b).

Accordingly, it is **ORDERED** that this case is referred to United States Magistrate Judge Patricia T. Morris for the following purposes:

    A.    Hearing and determination of any pretrial matter, including, but not limited to:

        i)    matters relating to the service of process,
        ii)    matters relating to the clarification of pleadings,
        iii)    matters related to the review of *in forma pauperis* cases provided for in 28 U.S.C. §1915(e)(2);
        iv)    disputes concerning discovery, and
        v)    other duties as designated in 28 U.S.C. § 636(b)(1)(A).

    B.    Organizing and implementing a discovery schedule, motion deadlines and any other case management procedures which in her judgment are needed, and

    C.    Submitting reports and recommendations as may be necessary and other duties as designated in 28 U.S.C. § 636(b)(1)(B).

It is further **ORDERED** that the Magistrate Judge shall inform the parties of their rights and options to consent to the Magistrate Judge conducting all proceedings, including trial, under 28 U.S.C. § 636(c).  The Magistrate Judge shall inform the parties that they are free to withhold consent without adverse substantive consequences.  *See* 28 U.S.C. § 636(c)(2).

It is further **ORDERED** that, in the event the parties withhold consent under 28 U.S.C. § 636(c), upon completion of all pretrial proceedings as set forth herein (including the issuance of a Report and Recommendation on dispositive motions, if any are filed), the Magistrate Judge shall certify in writing to the Court that the matter is ready for trial, if such is the case.

                                              s/Thomas L. Ludington  
                                              THOMAS L. LUDINGTON  
                                              United States District Judge

Dated: June 25, 2025