UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PATRICK JOSEPH GROULX,

                  Plaintiff,                        Case Number 25-11667

v.                                         Honorable David M. Lawson
                                              Magistrate Judge Patricia T. Morris

TAKEDA PHARMACEUTICAL COMPANY,
LTD, BAXELTA US, INC., and BIOLIFE
PLASMA SERVICES, PS,

                  Defendants.

_____/

## JUDGMENT

In accordance with the opinion and order adopting the magistrate judge's report and recommendation to grant the defendants' motion to dismiss and deny the plaintiff's motion to amend entered on this date, it is **ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE**.

                                        s/David M. Lawson
                                        DAVID M. LAWSON
                                        United States District Judge

Dated:  July 23, 2026